Civil Docket
293rd Judicial District Court
Maverick County

CASE NUMBER: 15-01-30530-MCV                                                     02/14/2017 04:37PM

| RAUL VASQUEZ AND JUANITA VASQUEZ VS. BR TRANSPORT LLC, SAUL BALDOMERO RODRIGUEZ SANCHEZ, ETAL | Filed: 01/09/2015<br>Status:<br>Type: Injury Or Damage Involving Motor Vehicle<br><br>Judge:<br>  Cynthia Muniz |
|---|---|

| Date | Event / Filing | Comments | Volume | Page |
|---|---|---|---|---|
| 08/30/2014 12:00:00 AM | MOTION 15-01-30530-MCV  TO COMPEL THE SECOND DEPOSITION OF PLAINTIFF | | | |
| 01/09/2015 12:00:01 AM | $FILE 15-01-30530-MCV  Automatic File Date Event | | | |
| 01/09/2015 12:00:02 AM | PLAINTIFF ORIGINAL PETITION 15-01-30530-MCV | | | |
| 01/20/2015 12:00:00 AM | CITATION BY MAILING 15-01-30530-MCV | | | |
| 01/20/2015 12:00:00 AM | CITATION BY MAILING 15-01-30530-MCV | | | |
| 01/20/2015 12:00:00 AM | CITATION BY MAILING 15-01-30530-MCV | | | |
| 01/22/2015 12:00:03 AM | NOTICE OF HEARING 15-01-30530-MCV  SET FOR PRETRIAL HEARING/DOCKET CONTROL CONFERENCE 4/7/15 AT 10AM | | | |
| 02/06/2015 12:00:04 AM | DEFENDANTS ORIGINAL ANSWER 15-01-30530-MCV  BR TRANSPORT LLC ANSWER | | | |
| 02/20/2015 12:00:05 AM | DEFENDANTS ORIGINAL ANSWER 15-01-30530-MCV  SAUL BALDOMERO RODRIGUEZ SANCHEZ D/B/A AUTO TRANSPORTE DE CARGA | | | |
| 03/11/2015 12:00:06 AM | DEFENDANTS ORIGINAL ANSWER 15-01-30530-MCV  ROLANDO IVAN REALME SANCHEZ ANSWER | | | |
| 03/27/2015 12:00:07 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | | |
| 04/14/2015 12:00:08 AM | ORDER 15-01-30530-MCV  SET FOR DCL 11/9/15 AT 11AM & JURY SELECTION & TRIAL 11/10/15 AT 9:30AM | | | |
| 04/17/2015 12:00:09 AM | TRIAL SETTING 15-01-30530-MCV  SET FOR DCL 11/9/15 AT 11AM & JURY SELECTION & TRIAL 11/10/15 AT 9:30AM | | | |
| 04/17/2015 12:00:10 AM | ORDER OF REFERRAL TO MEDIATION 15-01-30530-MCV  SIGNED 4/16/15 *IT IS ORDERED THAT RAUL VASQUEZ IS HEREBY APPOINTED MEDIATOR | | | |
| 04/20/2015 12:00:11 AM | MOTION FOR NON SUIT 15-01-30530-MCV  WITHOUT PREJUDICE W/O | | | |
| 04/24/2015 12:00:12 AM | ORDER FOR NON-SUIT 15-01-30530-MCV  SIGNED 4/24/15 *FAXED TO ATTYS | | | |
| 04/27/2015 12:00:13 AM | RULE 11 AGREEMENT 15-01-30530-MCV | | | |
| 05/11/2015 12:00:14 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | | |
| 05/14/2015 12:00:15 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | | |
| 06/15/2015 12:00:16 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | | |
| 06/30/2015 12:00:17 AM | LETTER 15-01-30530-MCV  TO CLERK FROM: STEPHEN HAYNES REQUESTING AN EXTENSION OF TIME TO SERVE DEF. OBJECTIONS | | | |
| 07/08/2015 12:00:18 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV  CUSTODIAN OF RECORDS FOR SOUTHWEST DIAGNOSTIC IMAGING, BILLING PERTAINING RAUL VASQUES | | | |
| 07/27/2015 12:00:19 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV  CUSTODIAN OF RECORDS FOR: EAGLE PASS FIRE AND EMS DEPARTMENT | | | |
| 07/28/2015 12:00:20 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | | |
| 07/31/2015 12:00:21 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV  REPORTER'S CERTIFICATE ORAL DEPOSITION OF RAUL VASQAUEZ | | | |
| 08/04/2015 12:00:22 AM | LETTER 15-01-30530-MCV  TO CLERK: FROM: PABLO RIVERA REGARDING EXTENSION TO DEADLINE FOR EXPERT WITNESSES TO PRODUCE EXPERT REPORTS | | | |
| 08/12/2015 12:00:23 AM | RULE 11 AGREEMENT 15-01-30530-MCV | | | |
| 08/12/2015 12:00:24 AM | RULE 11 AGREEMENT 15-01-30530-MCV | | | |
| 08/27/2015 12:00:25 AM | MOTION FOR CONTINUANCE 15-01-30530-MCV  W/O | | | |
| 08/28/2015 12:00:26 AM | MOTION 15-01-30530-MCV  PLAINTIFF UNOPPOSED MTN. TO SUBSTITUE LEAD COUNSEL W/O | | | |
| 09/08/2015 12:00:27 AM | AGREED ORDER 15-01-30530-MCV  GRANTING CONTINUANCE SET FOR DCL 5/9/16 AT 11AM & TRIAL TO COMMENCE 5/10/16 AT 9:30AM | | | |
| 09/11/2015 12:00:28 AM | ORDER 15-01-30530-MCV  UNOPPOSED ORDER GRANTING MOTION TO SUBSTITUTE LEAD COUNSEL -SIGNED 9/10/15 | | | |
| 09/15/2015 12:00:29 AM | LETTER 15-01-30530-MCV  EFILED ORDER TO JUDGE | | | |
| 09/17/2015 12:00:30 AM | ORDER 15-01-30530-MCV  AMENDED PRETRIAL GUIDLINE ORDER SET FOR DCL 5/9/16 AT 11AM & JURY SELECTION & TRIAL 5/10/16 AT 9:30AM | | | |
| 09/21/2015 12:00:31 AM | ORDER OF REFERRAL TO MEDIATION 15-01-30530-MCV  SIGNED 9/18/15 *IT IS ORDERED THAT RAUL VASQUEZ IS HEREBY APPOINTED MEDIATOR | | | |
| 09/21/2015 12:00:32 AM | TRIAL SETTING 15-01-30530-MCV  SET FOR DCL 5/9/16 AT 11AM & JURY SELECTION & TRIAL 5/10/16 AT 9:30AM | | | |

Civil Docket
293rd Judicial District Court
Maverick County

CASE NUMBER: 15-01-30530-MCV                                02/14/2017 04:37PM

| RAUL VASQUEZ AND JUANITA VASQUEZ VS. BR TRANSPORT LLC, SAUL BALDOMERO RODRIGUEZ SANCHEZ, ETAL | Filed: 01/09/2015<br>Status:<br>Type: Injury Or Damage Involving Motor Vehicle<br><br>Judge:<br>Cynthia Muniz |
|---|---|

| Date | Description |
|---|---|
| 10/08/2015 12:00:33 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV   CUSTODIAN OF RECORDS FOR: MEDICAL AND BILLING PERTAINING TO: RAUL VASQUEZ |
| 10/27/2015 01:02:00 PM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV   CUSTODIAN OF RECORDS FOR: CENTEGRA MEMORIAL MEDICAL CENTER, MEDICAL |
| 12/11/2015 02:48:00 PM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV   CERTIFICATION OF DEPOSITION CUSTODIAN OF RECORDS FOR: FORT DUNCAN MEDICAL CENTER (MEDICAL) |
| 12/11/2015 02:44:00 PM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV   CUSTODIAN OF RECORDS FOR: MCHENRY WESTERN LAKE COUNTY EMS, (MEDICAL) |
| 12/16/2015 11:31:00 AM | RULE 11 AGREEMENT 15-01-30530-MCV |
| 12/17/2015 12:00:00 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203(.1)(.2)&(.3) RE:MANUEL MONDRAGON RITCHIE PERTAINING TO RAUL VASQUEZ |
| 12/30/2015 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203 |
| 02/03/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 03/08/2016 12:00:00 AM | CERTIFICATE 15-01-30530-MCV |
| 03/18/2016 12:00:00 AM | AGREED ORDER 15-01-30530-MCV |
| 03/21/2016 12:00:00 AM | TRIAL SETTING 15-01-30530-MCV |
| 03/23/2016 12:00:00 AM | LETTER 15-01-30530-MCV   DCO TO JUDGE |
| 05/03/2016 12:00:00 AM | DEPOSITION 15-01-30530-MCV |
| 05/31/2016 12:00:00 AM | DESIGNATION 15-01-30530-MCV   OF EXPERT WITNESSES |
| 05/31/2016 12:00:00 AM | DESIGNATION 15-01-30530-MCV   OF EXPERT WITNESSES |
| 06/01/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   PLAINTIFF'S SECOND AMENDED RESPONSES TO DEFENDANTS' REQUESTS FOR DISCLOSURE. |
| 06/13/2016 12:00:00 AM | NOTICE OF INTENT TO TAKE DEPOSITION 15-01-30530-MCV |
| 06/15/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 06/15/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV |
| 06/15/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203 |
| 06/17/2016 12:00:00 AM | AMENDED ANSWER 15-01-30530-MCV   FIRST AMENDED ANSWER FROM SAUL BALDOMERO RODRIGUEZ SANCHEZ |
| 06/17/2016 12:00:00 AM | AMENDED ANSWER 15-01-30530-MCV   FIRST AMENDED ANSWER FROM ROLANDO IVAN REALME SANCHEZ |
| 06/17/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 06/20/2016 12:00:00 AM | LETTER 15-01-30530-MCV   DISCOVERY EXTENSION RULE 11 |
| 06/29/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   REPORTER'S CERTIFICATE VIDEOTAPED ORAL DEPOSITION OF SAUL BALDOMERO RODRIGUEZ SANCHEZ MAY 4, 2016 |
| 06/30/2016 12:00:00 AM | MOTION 15-01-30530-MCV   FOR PHYSICAL/MEDICAL EXAMINATION OF PLAINTIFF, RAUL VASQUEZ, W/O |
| 07/01/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 07/01/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 07/08/2016 12:00:00 AM | MOTION 15-01-30530-MCV   TO EXCLUDE TESTIMONY OF DANIEL GUTIERREZ, D.O. |
| 07/11/2016 12:00:00 AM | ORDER 15-01-30530-MCV   SETTING HEARING. |
| 07/15/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 07/15/2016 12:00:00 AM | MOTION TO STRIKE 15-01-30530-MCV |
| 07/18/2016 12:00:00 AM | NOTICE OF HEARING 15-01-30530-MCV |
| 07/19/2016 12:00:00 AM | AMENDED PETITION 15-01-30530-MCV   SECOND AMENDED PETITION |
| 07/20/2016 12:00:00 AM | ORDER SETTING HEARING 15-01-30530-MCV |
| 07/22/2016 12:00:00 AM | AMENDED NOTICE OF HEARING 15-01-30530-MCV |
| 07/22/2016 12:00:00 AM | CERTIFICATE 15-01-30530-MCV   PURSUANT TO RULE 203(.1)(.2)&(.3) |
| 07/29/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   JOINT MOTION FOR APPROXIMATE 60 DAY CONTINUANCE |
| 08/03/2016 12:00:00 AM | TRIAL SETTING 15-01-30530-MCV |
| 08/08/2016 12:00:00 AM | NOTICE OF FILING AFFIDAVITS FOR MEDICAL RECORDS AND/OR BILLS 15-01-30530-MCV |
| 08/12/2016 12:00:00 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV |
| 08/14/2016 12:00:00 AM | LETTER 15-01-30530-MCV   REQUESTING TO MOVE HEARING TO SEPTEMBER |
| 08/15/2016 12:00:00 AM | NOTICE OF DELIVERY 15-01-30530-MCV |
| 08/18/2016 12:00:00 AM | RESPONSE 15-01-30530-MCV   IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PHYSICAL/MEDICAL EXAMINATION |

Civil Docket
293rd Judicial District Court
Maverick County

CASE NUMBER: 15-01-30530-MCV                                          02/14/2017 04:37PM

| RAUL VASQUEZ AND JUANITA VASQUEZ VS. BR TRANSPORT LLC, SAUL BALDOMERO RODRIGUEZ SANCHEZ, ETAL | Filed: 01/09/2015<br>Status:<br>Type: Injury Or Damage Involving Motor Vehicle<br><br>Judge:<br>Cynthia Muniz |
|---|---|

| Date | Description | | |
|---|---|---|---|
| 08/18/2016 12:00:00 AM | AGREED ORDER 15-01-30530-MCV   GRANTING JOINT MOTION FOR APPROXIMATE 60 DAY CONTINUANCE. | | |
| 08/18/2016 12:00:00 AM | DOCKET/ORDER 15-01-30530-MCV   AMENDED DCO (JURY) | | |
| 08/18/2016 12:00:00 AM | ORDER OF REFERRAL TO MEDIATION 15-01-30530-MCV | | |
| 08/18/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   PLAINTIFF'S OBJECTION TO JUDGE ASSIGNED TO TRIAL COURT | | |
| 08/18/2016 12:00:00 AM | RESPONSE TO MTN 15-01-30530-MCV   TO EXCLUDE TESTIMONY OF DANIEL GUTIERREZ D.O. | | |
| 08/18/2016 12:00:00 AM | SUPPLEMENTAL ANS/RESP 15-01-30530-MCV   IN OPPOSITION TO DEFENDANT'S MTN TO COMPEL PHUSICAL MEDICAL EXAMINATION | | |
| 08/18/2016 12:00:00 AM | TRIAL SETTING 15-01-30530-MCV | | |
| 08/22/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT TO JUDGE | | |
| 08/24/2016 12:00:00 AM | FIAT 15-01-30530-MCV | | |
| 08/24/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT ON MTN TO STRIKE OBJECTIONS TO JUDGE | | |
| 08/30/2016 12:00:00 AM | MOTION 15-01-30530-MCV   MTN TO COMPEL THE SECOND DEPOSITION OF PLAINTIFF | | |
| 08/31/2016 12:00:00 AM | FIAT 15-01-30530-MCV | | |
| 08/31/2016 12:00:00 AM | FIAT 15-01-30530-MCV | | |
| 09/06/2016 12:00:00 AM | SUPPLEMENT 15-01-30530-MCV   TO PLAINTIFF'S MOTION TO STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS. W/O HD | | |
| 09/06/2016 12:00:00 AM | AFFIDAVIT 15-01-30530-MCV   RECEIPT OF EXHIBITS FROM COURT REPORTER | | |
| 09/06/2016 12:00:00 AM | SUPPLEMENT 15-01-30530-MCV   TO MOTION TO STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS | | |
| 09/07/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   NOTICE OF FILING OF COUNTER-AFFIDAVITS | | |
| 09/07/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   SECOND SUPPLEMENT TO RESPONSE IN OPOSITION TO MOTION TO COMPEL PHYSICAL/MEDICAL EXAMINATION | | |
| 09/08/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | |
| 09/12/2016 12:00:00 AM | LETTER 15-01-30530-MCV | | |
| 09/12/2016 12:00:00 AM | LETTER 15-01-30530-MCV | | |
| 09/12/2016 12:00:00 AM | LETTER 15-01-30530-MCV | | |
| 09/12/2016 12:00:00 AM | ORDER 15-01-30530-MCV   AMENDED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS | | |
| 09/14/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203(.1)(.2) & (.3) | | |
| 09/15/2016 12:00:00 AM | NOTICE OF INTENT TO TAKE DEPOSITION 15-01-30530-MCV   OF ELLIOTT I. CLEMENCE & MICHAEL A. LEONARD WITH SUBPOENA DUCES TECUM | | |
| 10/04/2016 12:00:00 AM | RULE 11 AGREEMENT 15-01-30530-MCV | | |
| 10/04/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | |
| 10/04/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   SECOND SUPPLEMENTAL DESIGNATION OF EXPERTS | | |
| 10/05/2016 12:00:00 AM | MOTION 15-01-30530-MCV   FOR NO EVIDENCE | | |
| 10/05/2016 12:00:00 AM | OPPOSITION 15-01-30530-MCV   TO MOTION FOR CONTINUANCE. W/O | | |
| 10/06/2016 12:00:00 AM | NOTICE OF FILING AFFIDAVITS FORMEDICAL RECORDS AND/OR BILLS 15-01-30530-MCV | | |
| 10/06/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   FIRST AMENDED DESIGNATION OF EXPERT WITNESSES | | |
| 10/07/2016 12:00:00 AM | AFFIDAVIT 15-01-30530-MCV   NOTICE OF FILING AFFIDAVITS | | |
| 10/11/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ALTERNATIVE MOTION FOR LEAVE TO DESIGNATE N.F. TSOURMAS, M.D. | | |
| 10/11/2016 12:00:00 AM | MOTION 15-01-30530-MCV   IN LIMINE | | |
| 10/11/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   NOTICE OF INTENT TO USE DOSCOVERY DOCUMENTS | | |
| 10/11/2016 12:00:00 AM | MOTION 15-01-30530-MCV   TO BIFURCATE | | |
| 10/11/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV | | |
| 10/11/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   PROPOSED JURY CHARGE | | |
| 10/11/2016 12:00:00 AM | MOTION TO QUASH 15-01-30530-MCV | | |
| 10/11/2016 12:00:00 AM | RESPONSE 15-01-30530-MCV   IN OPPOSITION ON MTN TO COMPEL | | |
| 10/11/2016 12:00:00 AM | MOTION 15-01-30530-MCV   IN LIMINE | | |
| 10/11/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   PLAINTIFF'S PRELIMINARY EXHIBIT LIST | | |
| 10/12/2016 12:00:00 AM | ORDER SETTING HEARING 15-01-30530-MCV | | |
| 10/12/2016 12:00:00 AM | ORDER SETTING HEARING 15-01-30530-MCV | | |
| 10/12/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT TO JUDGE | | |

Civil Docket
293rd Judicial District Court
Maverick County

CASE NUMBER: 15-01-30530-MCV                                    02/14/2017 04:37PM

| | |
|---|---|
| RAUL VASQUEZ AND JUANITA VASQUEZ VS. BR TRANSPORT LLC, SAUL BALDOMERO RODRIGUEZ SANCHEZ, ETAL | Filed: 01/09/2015<br>Status:<br>Type: Injury Or Damage Involving Motor Vehicle<br><br>Judge:<br>Cynthia Muniz |

| Date | Description |
|---|---|
| 10/14/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/14/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/14/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/14/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 10/14/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT TO JUDGE |
| 10/17/2016 12:00:00 AM | NOTICE OF HEARING 15-01-30530-MCV |
| 10/19/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/19/2016 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 10/25/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203 |
| 10/25/2016 12:00:00 AM | MOTION TO QUASH 15-01-30530-MCV   AND MOTION FOR PROTECTIVE ORDER |
| 10/26/2016 12:00:00 AM | SUPPLEMENTAL ANS/RESP 15-01-30530-MCV   TO REQUEST FOR DISCLOSURE |
| 10/26/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT TO JUDGE |
| 10/27/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/27/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 10/27/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   NOTICE OF FILING COUNTER-AFFIDAVIT OF N.F. TSOURMAS, M.D. |
| 10/28/2016 12:00:00 AM | ORDER FOR CONTINUANCE 15-01-30530-MCV |
| 10/28/2016 12:00:00 AM | LETTER 15-01-30530-MCV   ADVISIGN  DEFENDATS ARE PASSING HEARING |
| 10/28/2016 12:00:00 AM | MOTION 15-01-30530-MCV   UNOPPOSED MOTION FOR LEAVE TO FILED AMENDED PETITION |
| 10/31/2016 12:00:00 AM | AMENDED NOTICE OF DEPOSITION 15-01-30530-MCV |
| 11/02/2016 12:00:00 AM | NOTICE OF HEARING 15-01-30530-MCV |
| 11/02/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   NOTICE OF DESIGNATION OF LEAD COUNSEL |
| 11/04/2016 12:00:00 AM | LETTER 15-01-30530-MCV   ADVISING DEFENDANTS ARE PASSING MTNS SET FOR 11/14/16 |
| 11/07/2016 12:00:00 AM | VACATION LETTER 15-01-30530-MCV |
| 11/09/2016 12:00:00 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV |
| 11/14/2016 12:00:00 AM | CERTIFICATION OF DEPOSITION 15-01-30530-MCV |
| 11/16/2016 12:00:00 AM | MOTION 15-01-30530-MCV   OPPOSED MOTION FOR CONTINUACNE |
| 11/17/2016 12:00:00 AM | VACATION LETTER 15-01-30530-MCV |
| 11/18/2016 12:00:00 AM | RESPONSE TO MTN 15-01-30530-MCV |
| 11/21/2016 12:00:00 AM | NOTICE OF HEARING 15-01-30530-MCV |
| 11/29/2016 12:00:00 AM | NOTICE OF INTENT TO TAKE DEPOSITION 15-01-30530-MCV |
| 11/30/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED FIAT TO JUDGE |
| 12/01/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 12/01/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE .1 .2 & .3 |
| 12/02/2016 12:00:00 AM | MOTION 15-01-30530-MCV   FOR PHYSICAL/MEDICAL EXAMINATION OF PLAINTIFF |
| 12/07/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 12/08/2016 12:00:00 AM | LETTER 15-01-30530-MCV   SENT TO ALEIDA WITH ENCLOSED MOTION FILED 6/30/16 |
| 12/08/2016 12:00:00 AM | MOTION TO QUASH 15-01-30530-MCV |
| 12/08/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   CERTIFICATION PURSUANT TO RULE 203 .1 .2 .3 |
| 12/09/2016 12:00:00 AM | FIAT 15-01-30530-MCV |
| 12/09/2016 12:00:00 AM | RESPONSE TO MTN 15-01-30530-MCV   TO SECOND OPPOSED MTN FOR CONTINUANCE |
| 12/09/2016 12:00:00 AM | OBJECTIONS 15-01-30530-MCV   AND RESPONSE TO MOTION |
| 12/09/2016 12:00:00 AM | MOTION 15-01-30530-MCV   ALTERNATIVE MTN FOR LEAVE TO DESIGNATE |
| 12/12/2016 12:00:00 AM | AGREED ORDER 15-01-30530-MCV   GRANTING PLAINTIFFS UNOPPOSED MTN FOR LEAVE TO FILE AMENDED PETITION |
| 12/14/2016 12:00:00 AM | RECEIPT 15-01-30530-MCV   OF PLAINTIFFS AND DEFENDANTS EXHBITS |
| 12/14/2016 12:00:00 AM | LETTER 15-01-30530-MCV   WITH ENCLOSED AMENDED ORDER RESETTING TRIAL TO JUDGE |
| 12/14/2016 12:00:00 AM | LETTER 15-01-30530-MCV   WITH ENCLOSED ORDERS (5) TO JUDGE |
| 12/14/2016 12:00:00 AM | LETTER 15-01-30530-MCV   TO JUDGE MUNIZ |
| 12/15/2016 12:00:00 AM | ORDER 15-01-30530-MCV   AMENDED ORDER RESETTING TRIAL |
| 12/16/2016 12:00:00 AM | ANY OTHER 15-01-30530-MCV   ENVELOPE WITH ENCLOSED ORDER TO JUDGE |
| 12/16/2016 12:00:00 AM | LETTER 15-01-30530-MCV   ADVISING AGREEMENT HAS BEEN REACHED REGARDING ORDERS SUBMITTED BY PLAITIFFS COUNSEL. |
| 12/19/2016 12:00:00 AM | TRIAL SETTING 15-01-30530-MCV |
| 12/19/2016 12:00:00 AM | LETTER 15-01-30530-MCV   FROM ATTY. HERRING |

Civil Docket
293rd Judicial District Court
Maverick County

CASE NUMBER: 15-01-30530-MCV                      02/14/2017 04:37PM

| RAUL VASQUEZ AND JUANITA VASQUEZ VS. BR TRANSPORT LLC, SAUL BALDOMERO RODRIGUEZ SANCHEZ, ETAL | Filed: 01/09/2015<br>Status:<br>Type: Injury Or Damage Involving Motor Vehicle<br><br>Judge:<br>  Cynthia Muniz |
|---|---|

| Date | Description |
|---|---|
| 01/04/2017 12:00:00 AM | CERTIFICATE 15-01-30530-MCV   PURSUANT TO RULE 203 |
| 01/04/2017 12:00:00 AM | CERTIFICATE 15-01-30530-MCV   PURSUANT T RULE 203 |
| 01/09/2017 12:00:00 AM | AMENDED MOTION 15-01-30530-MCV   FIRST AMENDED MTN FOR NO EVIDENCE PARTIAL SUMMARY JUDGMENT. W/ORDER GRANTING & ORDER SETTING HEARING |
| 01/09/2017 12:00:00 AM | ANY OTHER 15-01-30530-MCV   DESIGNATION OF EXPERTS AND SUPPLEMENTAL RESPONSES TO REQUEST FOR DISCLOSURE |
| 01/09/2017 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 01/11/2017 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 01/12/2017 12:00:00 AM | ORDER OF REFERRAL TO MEDIATION 15-01-30530-MCV |
| 01/13/2017 12:00:00 AM | ORDER 15-01-30530-MCV   DENYING MTN FOR PROTECTIVE ORDER |
| 01/13/2017 12:00:00 AM | ORDER DENYING MNT 15-01-30530-MCV   TO COMPEL PHYSICAL/MEDICAL EXAMINATION |
| 01/13/2017 12:00:00 AM | ORDER 15-01-30530-MCV   DENYING DEFENDANTS ALTERNATIVE MTN FOR LEAVE TO DESIGNATE N.F. TSOURMAS, MD |
| 01/13/2017 12:00:00 AM | ORDER DENYING MNT 15-01-30530-MCV   TO COMPEL SECOND DEPOSITION OF PLAINTIFF |
| 01/13/2017 12:00:00 AM | LETTER 15-01-30530-MCV   ADVISING PLAINTIFF OPOSITION TO PROPOSED ORDERS. |
| 01/13/2017 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 01/18/2017 12:00:00 AM | CERTIFICATE OF WRITTEN DISCOVERY 15-01-30530-MCV |
| 01/18/2017 12:00:00 AM | MOTION FOR DISMISSAL 15-01-30530-MCV   PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL |
| 01/20/2017 12:00:00 AM | MOTION TO QUASH 15-01-30530-MCV   PLAINTIFF'S MOTION TO QUASH DEFENDANT'S DEPOSITION NOTICE OF DR. DANIEL E. GUTIERREZ |
| 01/23/2017 12:00:00 AM | OBJECTIONS 15-01-30530-MCV   PLAINTIFF'S OBJECTION AND RESPONSE TO DEFENDANT'S FIRST AMENDED MOTION FOR NO EVIDENCE, PARTIAL SUMMARY JUDGMENT |
| 01/23/2017 12:00:00 AM | MOTION 15-01-30530-mcv |
| 01/24/2017 12:00:00 AM | ORDER 15-01-30530-MCV   GRANTING PLAINTIFF'S MTN FOR PARTIAL DISMISSAL |
| 01/25/2017 12:00:00 AM | NOTICE OF HEARING 15-01-30530-MCV |
| 01/25/2017 12:00:00 AM | ORDER SETTING HEARING 15-01-30530-MCV |
| 01/25/2017 12:00:00 AM | FIAT 15-01-30530-MCV |
| 01/25/2017 12:00:00 AM | DEPOSITION 15-01-30530-MCV   OBJECTIONS TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF DR. EDDIE A. GARCIA, M.D. WITH SUBPOENA DUCES TECUM |
| 01/25/2017 12:00:00 AM | LETTER 15-01-30530-MCV   LETTER FROM ERIC QUIROZ |
| 01/26/2017 12:00:00 AM | MOTION TO COMPEL 15-01-30530-MCV   MEDICARE INFORMATION |
| 01/30/2017 12:00:00 AM | FIAT 15-01-30530-MCV |